EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

ELLIOT ENOKI #1528
First Assistant U.S. Attorney

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: 541-2850
E-mail: loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 30 2003

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR03-00044 DAE |
| Plaintiff, ) | |
| vs. ) | INDICTMENT |
| JAMES FAALOGOIFO, ) | [21 U.S.C. § 841] |
| Defendant. ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about April 18, 2002, in the District of Hawaii, JAMES FAALOGOIFO knowingly and intentionally distributed a mixture or substance that contains a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, which contains

cocaine base, a.k.a. "crack cocaine," to wit, approximately .185 grams of crack cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a) and 841(b)(1)(C).

## COUNT 2

The Grand Jury further charges:

On or about July 9, 2002, in the District of Hawaii, JAMES FAALOGOIFO knowingly and intentionally distributed a mixture or substance that contains a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, which contains cocaine base, a.k.a. "crack cocaine," to wit, approximately .166 grams of crack cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a) and 841(b)(1)(C).

## COUNT 3

The Grand Jury further charges:

On or about August 1, 2002, in the District of Hawaii, JAMES FAALOGOIFO knowingly and intentionally distributed a mixture or substance that contains a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, which contains

cocaine base, a.k.a. "crack cocaine," to wit, approximately .161 grams of crack cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a) and 841(b)(1)(C).

## COUNT 4

The Grand Jury further charges:

On or about December 12, 2002, in the District of Hawaii, JAMES FAALOGOIFO knowingly and intentionally distributed a mixture or substance that contains a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, which contains cocaine base, a.k.a. "crack cocaine," to wit, approximately .167 grams of crack cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a) and 841(b)(1)(C).

## COUNT 5

The Grand Jury further charges:

On or about January 6, 2003, in the District of Hawaii, JAMES FAALOGOIFO knowingly and intentionally distributed a mixture or substance that contains a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, which contains

cocaine base, a.k.a. "crack cocaine," to wit, approximately .147 grams of crack cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a) and 841(b)(1)(C).

DATED: 1/30 , 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney

_[signature]_
ELLIOT ENOKI
First Assistant U.S. Attorney

_[signature]_
LORETTA SHEEHAN
Assistant U.S. Attorney

United States v. James Faalogoifo
Cr. No. _____
INDICTMENT